UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SAMUEL ALEXANDER KUHL,

      Petitioner,

                                        CASE NO. 4:26-CV-10421
v.                                   HONORABLE F. KAY BEHM

TROY CHRISMAN,

      Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus, the Honorable F. Kay Behm, United States District Judge, presiding, and in accordance with the Opinion & Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated:  February 6, 2026               s/F. Kay Behm
                                                F. Kay Behm
                                                United States District Judge